IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 30 P 2:50

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05CR310-W |
| ) | (18 U.S.C. 641) |
| CECELIA W. OWENS ) | |
| ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

## COUNT

On or about the 20th day of October 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CECELIA W. OWENS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF AMERICA )
)   **AFFIDAVIT**
COUNTY OF MONTGOMERY )
)

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 20 October 2005, via closed circuit video monitors, I observed CECELIA W. OWENS place a box of Ralph Lauren Glamorous perfume in an AAFES bag that was in the bottom of her cart. I then watched OWENS proceed to the earring display, remove an earring card from the display, remove the earrings from the card, and return the empty card to the display. OWENS then placed the earrings in her right pants pocket. OWENS then walked out of the store without paying for anything. I then detained OWENS in the lobby of the BX beyond the sensors and escorted her to the security office. Security Forces responded and searched OWENS bags. In OWENS' bag was a package of Ralph Lauren Glamorous perfume, valued at $46.00. OWENS was then searched. In her pocket was found a pair of LEI earrings, valued at $11.00 that matched the empty LEI earring card from the display. OWENS had no receipt for either of these items. The total value of all the items she took, but did not pay for, was $57.00.

*Robert G. Smith*
ROBERT G. SMITH

Subscribed and sworn to before me this 13th day of December, 2005.

*Audrey F. Griffin*
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS