| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:43 - 10:46 |

√ ARRAIGNMENT         ❏ CHANGE OF PLEA         ❏ CONSENT PLEA
❏ RULE 44(c) HEARING         ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker          **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr310-W                      **DEFENDANT NAME:** Cecelia W. Owens
**AUSA:** Neal Frazier                            **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
❏ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❏ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ Not Guilty
    ❏ Guilty as to:
        ❏ Count(s):
        ❏ Count(s):          ❏ dismissed on oral motion of USA
                             ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ MISDEMEANOR CRIMINAL TERM:   **5/15/06**         ❏ WAIVER OF SPEEDY TRIAL filed.
        **DISCOVERY DISCLOSURE DATE:   3/7/06**

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
        ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
            ❏ Defendant requests time to secure new counsel