IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No.: 2:05-cr-310-SRW |
| ) | |
| CECELIA W. OWENS          ) | |

**MOTION TO RESET A CHANGE OF PLEA HEARING**

**COMES NOW** the Defendant, Cecelia W. Owens, by and through undersigned counsel, Jennifer A. Hart, and moves this Honorable Court to reset her change of plea hearing, which was previously set for May 9, 2006. As grounds for granting this Motion, Defendant would show the following:

1. On May 5, 2006, Ms. Owens notified the Court of her intention to change her plea from not guilty to guilty.

2. On May 5, 2006, this Court issued an Order setting this case for a change of plea hearing on May 9, 2006.

4. On May 8, 2006, Ms. Owens advised undersigned counsel that she would be unable to attend her change of plea hearing due to the fact that she was taken to the hospital on May 7, 2006 with heart complications and is currently prohibited from driving.

5. Ms. Owens currently resides in Atlanta, Georgia.

6. Due to the circumstances of this matter, Ms. Owens respectfully requests that the change of plea hearing be rescheduled for May 15, 2006 as Ms. Owens has made arrangements to be transported to Montgomery on that date.

**WHEREFORE**, Ms. Owens requests that this Honorable Court grant her Motion to Reset Plea Date, and that it be rescheduled as requested in this motion.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 1960
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 1960
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189