IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr310-SRW |
| | ) | WO |
| CECELIA W. OWENS | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to resent change of plea hearing (Doc. # 14), filed May 8, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The change of plea hearing is rescheduled from May 9, 2006 to May 15, 2006 at 10:00 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 8th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE