| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: May 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:17 - 10:30 |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr310-SRW   **DEFENDANT NAME:** Cecelia W. Owens
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:** Jennifer Hart
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Al Lancaster
Interpreter present? ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ❏ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s): 1 of the Information**
      ❏ **Count(s):**      ❏ dismissed on oral motion of USA
               ❏ to be dismissed at sentencing
√ Written plea agreement filed   ❏ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Information
❏ CRIMINAL TERM:      ❏ WAIVER OF SPEEDY TRIAL filed.
      **DISCOVERY DISCLOSURE DATE:**
√ Defendant executed $1,000.00 Appearance Bond
      ❏ Trial on _____; √ Sentencing to be set by order
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel