**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:05-cr-310-SRW** |
| | ) | |
| **CECELIA W. OWENS** | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Cecelia Owens, by and through undersigned counsel, Jennifer A. Hart, and moves this Court to continue sentencing in this matter.  In support of this Motion, Defendant would show the following:

1.      This matter is presently set for sentencing on July 18, 2006.

2.      Ms. Owens entered a change of plea on May 15, 2006.

4.      U.S. Probation has not received all information needed to finalize Ms. Owens' Presentence Investigative Report because Defendant has relocated to Atlanta, Georgia.

5.      In order that the Probation Officer has adequate time to prepare the Presentence Investigative Report, Ms. Owens respectfully requests that her sentencing hearing be continued.

6.      The United States, by and through Special Assistant United States Attorney, Neal Frazier, has no objection to this motion.

7.      The defendant is not in custody and would not be prejudiced by the granting of this motion.

WHEREFORE, for the foregoing reasons, Ms. Owens respectfully requests that her sentencing hearing be continued from July 18, 2006.

Respectfully submitted,


s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Neal Frazier, Special Assistant United States Attorney.


Respectfully submitted,


s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189