IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr310-SRW |
| | ) | WO |
| CECELIA W. OWENS | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue sentencing (Doc. # 20), filed July 13, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The sentencing previously scheduled for July 18, 2006 be and hereby is RESCHEDULED to 8:30 a.m. on August 22, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 14th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE