| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: August 22, 206 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING:  8:56 - 9:11 |

❏ ARRAIGNMENT   ❏ CHANGE OF PLEA   ❏ CONSENT PLEA
❏ RULE 44(c) HEARING   √ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr310-SW   **DEFENDANT NAME:** Cecelia W. Owens
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:** Jennifer Hart

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Al Lancaster
Interpreter present? (√)NO; ( )YES   Name:

---

### SENTENCING

| Time | Event |
|---|---|
| 8:56 a.m. | Court convenes. |
| | Court's discussions with Mr. Frazier as to why he was late for this proceeding. |
| 8:58 a.m. | Court's statements to defendant regarding possible sentence. |
| | Ms. Hart's oral arguments regarding sentence and prior offenses. |
| 9:02 a.m. | Government's response. |
| 9:03 a.m. | Al Lancaster's statements to the Court regarding his sentence recommendation and response to Ms. Hart's statements. |
| 9:04 a.m. | Ms. Hart's further statements regarding problem with forms. |
| 9:06 a.m. | Mr. Lancaster's further statements regarding his recommendation. |
| | Court's statements to defendant regarding prior offenses and sanctions previously imposed. |
| | Court will let defendant withdraw plea as court will impose custody sentence.  Court's further statements to defendant as to what sentence will also be imposed if found guilty by trial. |
| 9:11 a.m. | Defendant withdraws guilty plea. |
| | Court accepts withdrawal of guilty plea and will set this case for trial. |
| | Court recessed. |