# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-310-SRW |
| ) | |
| CECELIA W. OWENS ) | |

### UNOPPOSED MOTION TO SET CASE FOR TRIAL
### ON NOVEMBER 6, 2006

**COMES NOW** the Defendant, Cecelia Owens, by and through undersigned counsel, Jennifer A. Hart, and moves this Court to set this case for trial on the November 6, 2006 trial term.  As grounds for granting this Motion, Defendant would show the following:

1. On August 22, 2006, Cecelia Owens appeared before this Court to be sentenced on one count of theft of Government property.

2. At the sentencing hearing, the Court rejected the parties' proposed plea agreement and allowed Ms. Owens to withdraw her guilty plea.

3. The next misdemeanor trial term is scheduled to begin September 11, 2006. However, both parties agree that placing the trial on that term would leave inadequate time to subpoena necessary witnesses and prepare for trial.

4. Therefore, the parties request that the this case be set for trial on November 6, 2006.

5. Ms. Owens does not oppose a November trial date, and a Speedy Trial Waiver will be filed with the Court and soon as one can be obtained from Ms. Owens who resides in the Atlanta area.

**WHEREFORE**, for the foregoing reasons, Cecelia Owens respectfully requests that her case be set for trial on the November 6, 2006 trial term.

Dated this 24th day of August, 2006

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Neal Frazier, Special Assistant United States Attorney.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189