IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr310-SRW |
| | ) | WO |
| CECELIA W. OWENS | ) | |

### ORDER ON MOTION

Upon consideration of defendant's unopposed motion to set case for trial (Doc. # 23), filed August 24, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. This case is set on the trial term commencing November 6, 2006.

DONE, this 13th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE