IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-310-SRW |
| ) | |
| CECELIA W. OWENS ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, Cecelia W. Owens, by and through undersigned counsel, Jennifer A. Hart, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 1960
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Neal Frazier, Special AUSA

Kent Brunson, AUSA

                                  Respectfully submitted,

                                  s/Jennifer A. Hart
                                **JENNIFER A. HART**
                                FEDERAL DEFENDERS
                                MIDDLE DISTRICT OF ALABAMA
                                201 Monroe Street, Suite 1960
                                Montgomery, AL 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                jennifer_hart@fd.org
                                AL Bar Code: HAR189