IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr310-SRW |
| | ) | |
| CECELIA W. OWENS | ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #26) filed on November 2, 2006, it is hereby

ORDERED that the defendant, CECELIA W. OWENS, appear with counsel before the undersigned Magistrate Judge on November 13, 2006 at 10:30 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea. The jury trial previously scheduled for November 6, 2006 is hereby continued generally.

Done, this 2nd day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE