| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 20, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 8:45 - 9:00 |

❏ ARRAIGNMENT     ❏ CHANGE OF PLEA     ❏ CONSENT PLEA
❏ RULE 44(c) HEARING     √ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr310-SRW     **DEFENDANT NAME:** Cecelia W. Owens
**AUSA:** Neal Frazier     **DEFENDANT ATTORNEY:** Jennifer Hart

Type counsel ( )Waived; ( )Retained; ( )CJA; (√ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Al Lancaster
Interpreter present? ( √ )NO; ( )YES   Name:

---

## SENTENCING

| Time | Event |
|---|---|
| 8:45 a.m. | Court convenes. |
| | Defendant has no objections to presentence report. |
| 8:49 a.m. | Mrs. Owens statements to the court. |
| | Ms. Hart's statements to the court. |
| 8:52 a.m. | Court's statements to defendant. |
| | Mrs. Owens' responses. |
| | Court's further statements. |
| 8:55 a.m. | Sentence stated. |
| 8:57 a.m. | Defendant has no objections |
| | Sentence imposed. |
| | Right to appeal. |
| 9:00 a.m. | Court recessed. |